

# Memorandum

**To:**   Honorable George A. O'Toole
Sr. U.S. District Judge

**From:** Mona Lisa Andrade, U.S. Probation Officer

**Date:** May 20, 2019

**Re:**   Ramos, Christine
Docket No.: 1:18:CR10215
Restitution obligation and payment schedule

---

On April 23, 2019, the defendant appeared before Your Honor for sentencing. She waived Indictment and pleaded guilty to a one-count Information charging Conspiracy to Distribute Suboxone and Alprazolam, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1) and (b)(1)(E)(i). She was sentenced to 24 months of probation including a judicial recommendation to patriciate in a mental health treatment program, a $100.00 special assessment fee, and a fine of $2,000. Ms. Ramos has an outstanding balance of $2,100. Ms. Ramos commenced supervised release on April 23, 2019. Probation seeks to implement a monthly repayment schedule of $235.00.

It is respectfully requested that the Court indicate below its position on the proposed payment schedule.

Reviewed/Approved by:

/s/ Basil Cronin
Basil Cronin
Supervising U.S. Probation Officer

---

 The monthly payment plan of $235.00 is approved.
[   ]   Other:

_____          ___6/3/19___
Honorable George A. O'Toole                 Date:
Sr. U.S. District Judge